IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SADIQ M. ALBUSHARIF, | |
|---|---|
| Plaintiff, | 4:19-CV-3041 |
| vs. | JUDGMENT |
| DAVID DOUGLAS, District Director, USCIS Nebraska District Office, et al., | |
| Defendants. | |

On the parties' joint stipulation of dismissal (filing 11), this case is dismissed with prejudice, each party to bear its own costs and fees.

Dated this 8th day of August, 2019.

BY THE COURT:

*[signature]*

John M. Gerrard
Chief United States District Judge